IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ARTHUR BOSTICK, SR., LILLIE BOSTICK,
AND SHELLY DOWNING, PLAINTIFFS,

VS. CIVIL ACTION NO. 2:06CV168-P-A

CITY OF HORN LAKE, ET AL., DEFENDANTS.

## PARTIAL FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants Steve Steward, Kyle Hodge, Shea Wright, and Tim Wood's Motion for Summary Judgment and for Qualified Immunity [36] is hereby **GRANTED**; therefore,

(2) The plaintiffs' claims against Defendants Steve Steward, Kyle Hodge, Shea Wright, and Tim Wood are **DISMISSED WITH PREJUDICE** pursuant to the doctrine of qualified immunity.

(3) The plaintiffs' claims against the remaining defendants remain.

**SO ORDERED** this the 8th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE